FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 20 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JESUS OCTAVIO RODRIGUEZ-PAYAN, a/k/a "Tavo," "Tavito," <br> Defendant. | NO. CR17-233 RAJ <br><br> ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 20th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES   XX     NO _____**

ORDER ISSUING BENCH WARRANT – 1