The Honorable Richard A. Jones

FILED
LODGED
ENTERED
RECEIVED

JAN 18 2019 GT

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-233 RAJ |
| Plaintiff, | ORDER GRANTING *EX PARTE* MOTION TO UNSEAL FOR LIMITED PURPOSE |
| v. | |
| JESUS OCTAVIO RODRIGUEZ-PAYAN, | *FILED UNDER SEAL* |
| Defendant. | (Proposed) |

THIS MATTER comes before the Court on the government's *ex parte* motion to partially unseal the Indictment, for a limited purpose. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the government and for good cause shown,

IT IS HEREBY ORDERED that the Indictment may be provided to the Mexican Authorities.

IT IS HEREBY FURTHER ORDERED that said document shall remain sealed

Order to Unseal for Limited Purpose
*United States v. Rodriguez Payan et al* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

for all other purposes unless and until the Court orders otherwise, or the Defendant is arrested.

Dated this 25th day of January, 2019.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

Order to Unseal for Limited Purpose
*United States v. Rodriguez Payan et al* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970