The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR17-233RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND APPOINTMENT OF NEW COUNSEL |
| JESUS OCTAVIO RODRIGUEZ-PAYAN, a/k/a "Tavo," "Tavito," | |
| Defendant. | |

THIS MATTER comes before the Court on the motion of defense counsel to withdraw as counsel of record for Jesus Octavio Rodriguez-Payan in the above-referenced cause number. The Court finds that good cause exists for the withdrawal of Michele Shaw and appointment of new counsel in this case.

IT IS HEREBY ORDERED that Michele Shaw is granted leave to withdraw as counsel for defendant Jesus Octavio Rodriguez-Payan; and

IT IS FURTHER ORDERED that the CJA coordinator shall appoint new counsel to represent Mr. Rodriguez-Payan.

DATED this 25th day of March, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENSE COUNSEL'S
MOTION TO WITHDRAW AND APPOINTMENT
OF NEW COUNSEL - 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com