1
2
3
4
5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8    UNITED STATES OF AMERICA,

9                        Plaintiff,          Case No. CR17-233 RAJ

10          v.                               **DETENTION ORDER**

11   JESUS OCTAVIO RODRIGUEZ-PAYAN,

12                        Defendant.

13       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14   and based upon the factual findings and statement of reasons for detention hereafter set forth,

15   finds that no condition or combination of conditions which the defendant can meet will

16   reasonably assure the appearance of the defendant as required and the safety of any other person

17   and the community.

18       **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19       (1)    Defendant is charged with a drug trafficking offense that has been pending for

20   several years. He has no ties to the community and no place to live her. He resides in Mexico and

21   all  his ties are there. He was arrested while entering the country earlier this year. He is charged

22   with a crime that carries a mandatory term of imprisonment if convicted. Defendant did not

23   contest detention.  It is therefore **ORDERED**:

DETENTION ORDER - 1

1       (1)      Defendant shall be detained pending trial and committed to the custody of the

2  Attorney General for confinement in a correctional facility separate, to the extent practicable,

3  from persons awaiting or serving sentences, or being held in custody pending appeal;

4       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

5  counsel;

6       (3)      On order of a court of the United States or on request of an attorney for the

7  Government, the person in charge of the correctional facility in which Defendant is confined

8  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9  connection with a court proceeding; and

10       (4)      The Clerk shall direct copies of this order to counsel for the United States, to

11  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

12  Officer.

13       DATED this 1st day of April, 2019.

14

15                                   _____
                                     BRIAN A. TSUCHIDA

16                                     United States Magistrate Judge

17

18

19

20

21

22

23