District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JESUS RODRIGUEZ-PAYAN,<br><br>              Defendant. | No.  2:17-cr-00233-JLR<br><br>ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL<br><br>~~[PROPOSED]~~ |

THE COURT having considered the unopposed motion for continuance of pretrial motions date and trial date motion, and the records and files herein, including the defendant's waiver of speedy trial rights, the Court makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(7)(B)(i).

ORDER TO CONTINUE TRIAL
2:17-cr-00233-JLR
PAGE - 1 OF 2

CARNEY
GILLESPIE
ISITT

600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206·445·0220
WEB WWW.CGILAW.COM

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is set on September 5, 2019, and that the trial date is set on November 4, 2019.

IT IS FURTHER ORDERED THAT the time period between May 28, 2019, and November 4, 2019, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE on April 22nd, 2019.

DISTRICT JUDGE JAMES L. ROBART

Presented by:

s/Sean P. Gillespie
Attorney for Jesus Rodriguez-Payan

CARNEY GILLESPIE ISITT
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206·445·0220
WEB WWW.CGILAW.COM