# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS RODRIGUEZ-PAYAN,<br><br>  Defendant. | No.  2:17-cr-00233-JLR<br><br>ORDER ON DEFENDANT'S MOTION FOR THE WITHDRAWAL OF APPOINTED COUNSEL<br><br>[PROPOSED] |

Having considered the motion to withdraw and substitute counsel, the records and files, counsel Sean Gillespie's sealed motion and declaration, and the hearing conducted by the court, the court makes the following findings:

That based upon the reasons set forth in defense counsel's declaration and testimony elicited at the hearing, there is an irreconcilable conflict between Mr. Rodriguez-Payan and Mr. Gillespie.

**IT IS ORDERED** that Sean Gillespie is removed as counsel of record.

DONE on Sept. 3, 2019.

_____
DISTRICT JUDGE JAMES L. ROBART

Presented by:

s/Sean P. Gillespie
Attorney for Jesus Rodriguez-Payan

ORDER ON MOTION TO WIHDRAW
2:17-cr-00233-JLR
PAGE - 1 OF 1

CARNEY GILLESPIE ISITT
600 1st Ave, Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM