The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-233-JLR |
| Plaintiff, | |
| v. | **NOTICE REGARDING FORFEITURE** |
| JESUS OCTAVIO RODRIGUEZ-PAYAN, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby gives notice that the $4,559 and $44,880 in United States currency the Defendant Jesus Octavio Rodriguez-Payan agreed to forfeit pursuant to his plea agreement (Dkt. No. 75, ¶ 12) has been administratively forfeited by the Drug Enforcement Administration. *See* Exhibits A & B. For this reason, the United States will not be pursuing any additional process to forfeit this currency in this proceeding.

///

///

NOTICE REGARDING FORFEITURE- 1
*U.S. v. Rodriguez-Payan,* CR17-233-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 25th day of February, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

NOTICE REGARDING FORFEITURE- 2
*U.S. v. Rodriguez-Payan,* CR17-233-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which automatically serves the ECF participants of record.

/s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

NOTICE REGARDING FORFEITURE- 3
U.S. v. Rodriguez-Payan, CR17-233-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT A



# U. S. Department of Justice
Drug Enforcement Administration

Asset ID: 17-DEA-635076  Case #: RE-17-0036
Asset Description: $4,559.00 U.S. Currency
Seizure Date: 09/26/2017  Seizure Value: $4559.00
Adoption Date:
Seizure Place: Mountlake Terrace, WA
Owner Name:
Seized From: J██ C███ D████-R████
Judicial District: Western District of Washington

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

*Terrence J. King*
Terrence J. King
Senior Attorney
Asset Forfeiture Section

04-23-2018
Date

# EXHIBIT B



**U. S. Department of Justice**
Drug Enforcement Administration

---

Asset ID: 17-DEA-634982   Case #: RE-17-0036
Asset Description: $44,880.00 U.S. Currency
Seizure Date: 09/26/2017   Seizure Value: $44880.00
Adoption Date:
Seizure Place: Everett, WA
Owner Name:
Seized From: J▮▮▮ U▮▮▮-S▮▮▮ and M▮▮▮ D▮▮▮-C▮▮
Judicial District: Western District of Washington

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

_____
Terrence J. King
Senior Attorney
Asset Forfeiture Section

JAN 3 0 2018

_____
Date