# EXHIBIT 1



Honorable Judge:

Thank you very much for taking the time to read this letter, I would have definitely liked to introduce myself before you in other circumstances.

My name is Jesus Octavio Rodriguez Payan, I was born on October 9, 1997 and I have two beautiful sisters, one is older, and one is younger. I'm lucky to have two princesses of sisters. Talking about my mother fills my eyes with tears because she is a wonderful person, a fighter, loving and always giving us her best. My father, a respectable man full of humility and love, who worked so hard to help provide us an education. God has been wonderful in giving me great parents and my beautiful sisters. Thanks to him, I have a beautiful family that despite so many difficulties, we are still together and full of love.

Since my earliest childhood memories, my parents have been farmworkers, "jurnaleras" as we know them in Spanish or laborers in English. Regardless of holidays, weather conditions and even illness, my parents have to wake up every day in the early hours of the morning to go to work and thus, humbly earn 100 pesos a day, which turning it into American currency will be approximately 5 U.S dollars. Of those 5 daily dollars that each of my parents earned in a 12-hour workday; we had to eat, pay rent, pay household expenses, and school fees. Unfortunately, there were many days we went hungry.

From a very young age I have helped my parents with expenses and not because they forced me, but it broke my heart to see my mother cry when we had nothing to eat. Approximately when I was 10 years old, I started to work in the fields, and I realized all the sacrifice my parents made to support us. Without neglecting my education, every day after school I got a job to help my parents with what little I earned.

My desire to help my parents and move my sisters forward did not end there. The little free time I had, I used to sell fruits and vegetables at bus stops and traffic lights. I would sell tamales outside the supermarkets, wash cars in the town centers, any humble job that I could do at my young age.

At the bottom of my heart there is an ugly fear of a disease that is gradually ending my great warrior, my beautiful mother. She suffers from diabetes; it is a devastating disease that my mother has to fight with in addition to all the adversities. The dread she must carry to improve her health in a way that we could not sustain. In consequence, my mother is losing her sight, her energy, and her life span.

On several occasions I would tell my parents that I was going to leave school to work and thus be able to help them with the medical expenses my mother needs. My great parents

would prefer to work harder instead of me leaving my studies, this was going to be my great and only inheritance that they could leave me.

I sincerely wish I would have lived a normal life. A life a little less tiring and stressful, and able to have been like all the children at my school. To be able to practice a sport in my spare time, have a vacation, a birthday party or solely a Christmas present, but it was not like that. I don't blame my parents, on the contrary, I thank them for everything, they suffer so much and sacrifice themselves day by day for my sisters and me.

At the age of 15, after my school hours, I worked in a vegetable packing warehouse where I met my partner, the love of my life. At the time I received news that made me very happy but at the same time, I was full of anguish, we were going to be parents to a beautiful baby. Without a doubt it was the most important news of my life and in no way was it going to allow my baby to suffer the way I did. I did not have the resources to buy her diapers, milk, nor clothes. With only being 18 years of age, I took my school backpack, emptied the books and with a couple outfits, without telling anyone nor thinking about the consequences or dangers; I traveled to the United States to be able to get my daughter ahead and to give her a better future and good education.

I arrived in the state of Arizona where I worked for 3 months in a tire shop. I had to go back because I continued studying and I did not want to lose my education, but I also do not want my daughter to suffer from poverty. I moved to Mexico to meet my daughter because I had not met her. I was very happy to have her in my arms, being able to give her clothes which she desperately needed. I was happy because I could support my daughter, my wife, be able to help my parents, and above all, continue studying. A year and month went by and my partner was pregnant again. I didn't know what to do, I felt desperate and the little money I earned in the jobs I had was not enough for me to support my two daughters, my wife and continue helping my family. I decided to return to the United States to return to work in the same tire shop where I had worked a year ago that a year ago, unfortunately I no longer had the same luck. They didn't give me work again and I had nowhere to sleep, I had to sleep on the street at the bus stops. There were days I didn't eat because I didn't have anything.

It was an immense helplessness that surrounded my life, memories of Christmas without food, cold nights and much work that made me make the worst decision of my life. Seeing my tired parents tired, my sick mother, and another baby on the way filled me up with rage. I received what I thought of as a bright offer, an offer that I could not refuse because through that work, I was going to be able to support my daughters and help my parents. Big mistake I made, I wish I could go back in time and be eating salt tortillas with my little daughter. Watching her grow up, giving her all the love and humbly educating her as my parents did to me.

Judge, I am so sorry, and I want to apologize. I ask for forgiveness for all the damage I have caused, I apologize to the entire country, to all the officers, and I ask for mercy. If I could just have one chance, one chance to be with my baby, to take care of my mother,

ESPADA CRIMINAL DEFENSE
1001 4th Ave., Suite 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 467-5987
FAX (888) 234-9033

support my father and get them ahead. The ability to be able to finish my studies and have them be proud of me one day. I ask you honorable judge, please.

My daughter asks for me every day, asking if I don't love her anymore or why I have not gone to see her. My wife, all alone, does not know how to answer, it parts my heart immensely. My mother always worried, with this only worsens the situation. I ask for the opportunity to take care of her and love her as she deserves. I am very afraid of not being able to see her again, it is a topic that goes through my head every night and makes me cry as my family is the most sacred thing I have.

Until recently, I was studying at the Autonomous University of Sinaloa (UAS) for the degree of faculty of right and political belief. I promise to return to it, to fulfill the dream that I have of being a federal police officer and therefore be able to support my baby and my family. Just one opportunity to show that one can prosper in spite of everything, with the love of my family always with me.

With not a single dollar to buy myself food, the day after I had arrived in the same clothes that I had come with; only a t-shirt of mine, I started cleaning cars at a store called Safeway. That is how I spent a week cleaning cars until I finally managed to get a job as a waiter in a seafood restaurant. What hurt me the most and worried me was that the little I earned was not enough, and apart from that, I was also losing my studies.

I continued working at the seafood restaurant until one day a person approached and told me if I wanted to earn good money. The first thing that came to my mind were my daughters and my parents, without thinking about the consequences I made the biggest mistake of my life of making the wrong decision to do what I should never have done. To remember everything I had suffered and everything that had happened to me, I did not want my girls to go through it. With the amount of money that I had earned at that time, I thought I would be able to support my daughters and continue with my studies.

The worst day of my life was the day I was arrested, the day they handcuffed me, the day they told me I was being arrested without knowing anything, without understanding anything. The day that they deprived me of my freedom, they took me away from my loved ones, from my family and daughters, and I could no longer continue with my studies. That was the worst day of my life.

Now that I have been imprisoned, I have comprehended many things. Being here is the school of life, it is an experience that God sends to us so that we can think things through before approaching them. To know that I should not have focused on the money rather on my family before making a big mistake.

ESPADA CRIMINAL DEFENSE
1001 4th Ave., Suite 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 467-5987
FAX (888) 234-9033

Being here I have been exercising, because my time here will not be in vain. This is why I spend all my time reading books, studying, playing a sport, and reading the bible. I have learned to draw, am learning how to speak English and taking advantage of my time.

I give people encouragement to make them feel good, supporting them and telling them to be strong and thrive. Making others feel like family because that is what we are in here, a family. We help one another and give advice that hopefully will help for the day prosper. For now, we go day by day until we return to our loved ones.

Without further ado your honor, I would like to thank you very much for the time you dedicated reading my letter. For the time you have dedicated to my case, and I want nothing more than to give thanks to you, your honor, thank you very much, God bless you always.


Jesus Octavio Rodriguez-Payan

ESPADA CRIMINAL DEFENSE
1001 4th Ave., Suite 3200
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 467-5987
FAX (888) 234-9033

1

Honorable Juez

1. Muchas gracias por tomarse el tiempo para leer esta carta y definitivamente me hubiera gustado presentarme ante usted en otras circunstancias.

2. Mi nombre es Jesus Octavio Rodriguez Payan, nací el dia 9 de octubre de 1997, tengo 2 hermosas hermanas una mayor y una menor, soy afortunado por tener a dos princesas de hermanas. Hablar de mi madre me llena los ojos de lagrimas porque es una maravillosa persona, luchadora, amorosa y siempre dandonos lo mejor de ella. Mi padre un hombre respetable lleno de humildad y amor que con tanto sacrificio a trabajado para podernos brindar educación.

3. Dios a sido maravilloso al darme unos grandes padres y mis hermosas hermanas, gracias a el tengo una bonita familia que a pesar de tantas dificultades, seguimos juntos llenos de amor.

4. Desde mis primeros recuerdos de mi infancia, mis padres han sido trabajadores del campo, Jornaleros como nosotros los conocemos. Sin importar dias festivos, estación del tiempo e incluso enfermedad mis padres tienen que despertarse todos los dias a las primeras horas de la mañana para poder ir a trabajar y asi" humildemente ganar los 100 pesos del dia, que convirtiendolo en moneda americana, vendrian siendo 5 dolares aproximadamente.

5. De esos 5 dolares diarios que cada uno de mis padres ganaba en una jornada de trabajo de 12 horas, teniamos que comer, pagar renta, gastos de la casa y de la escuela y desgraciadamente hubo muchos dias que pasamos hambre.

6. Desde muy pequeño eh ayudado a mis padres con los gastos y no porque ellos me obligaran sino que me partia el corazón ver a mi madre llorar cuando no teniamos nada para comer. Aproximadamente cuando tenia 10 años comence llendo a trabajar al campo y me di cuenta de todo el sacrificio que hacian mis padres para darnos sustento. Sin descuidar la educación, todos los dias despues de clases consegui un trabajo en una congeladora de mariscos y sentia tanta felicidad el poder ayudar a mis padres con lo poco que ganaba.

7. Mis ganas de ayudar a mis padres y sacar adelante a mis hermanas no terminaba ahi, el poco tiempo libre que tenia lo usaba para vender frutas y verduras en las paradas de autobuses y semaforos, vender tamales afuera de los supermercados, lavar carros en las plazas, en fin cualquier trabajo humilde que a mi corta edad pudiera realizar.

8. En el fondo de mi corazón alberga un temor muy feo desde que me percate de una enfermedad que esta acabando poco a poco a mi gran guerrera, mi hermosa madre. Ella sufre de Diabetes, es una enfermedad devastadora que mi madre tiene que luchar con ella ademas

9. De todas las adversidades, la dieta que ella debe de llevar para mejorar su salud ~~es un lujo~~ es un lujo que no podiamos sustentar, en consecuencia mi madre va perdiendo su vista, sus energias y su tiempo de vida.

10. En repetidas ocaciones les decia a mis padres que iba a dejar la escuela para trabajar y asi poderles ayudar con los gastos de medicina que mi madre necesita y mis grandes padres prefirieron trabajar mas duro en vez de que yo abandonara mis estudios, que esa iba a ser mi grande y unica herencia que podian dejarme.

Despues. { Hasta hace poco estaba estudiando en la Universidad Autonoma de Sinaloa (UAS) la licenciatura

12. Sinceramente me ubiera ~~gustado ser~~ vivir una vida normal, una vida un poco menos cansada y estresante, poder haber sido como todos los niños de mi escuela, poder practicar un deporte en mis tiempos libres, tener unas vacaciones, una fiesta de cumpleaños o tan siquiera un regalo de Navidad pero no fue asi y no culpo a mis padres sino al contrario, les agradezco por todo, porque ellos sufren tanto y se sacrifican dia a dia por mis hermanos y por mi.

13 A la edad de 15 años despues de mis horarios escolares trabajaba en una empacadora de verduras, donde conoci a mi pareja, el amor de mi vida. A~~demas~~ Al tiempo recibi una noticia que me alegro muchisimo pero al mismo tiempo me lleno de angustia, ibamos a ser papas de una hermosa bebita. Sin duda fue la noticia mas importante de mi vida y de ninguna manera iba permitir que mi bebe sufriera lo mismo que yo, que no contaba con los recursos para comprarle pañales, leche ni ropa... Y con tan solo 18 años de edad, tome mi mochila de la escuela, vacie los libros y con un par de cambios y sin decirle a nadie ni pensar en las consecuencias o peligros viaje a Estados Unidos. Para

Poder sacar a mis 3 hijas adelante, darles un mejor futuro y una buena educacion.

14 Era una impotencia inmensa la que rodeaba en mi, una serie de recuerdos de navidades sin comida, de noches con frio y mucho trabajo lo que me hicieron tomar la peor decicion de mi vida. Al ver a mis padres cansados y a mi madre enferma y una bebe en camino me llenaron de fuerza. Recibi una oferta que me deslumbro, una oferta que no podia negarme porque por medio de ese trabajo iba a poder mantener a mi bebita y ayudar a mis padres. <u>Craabe</u> error que cometra, quisiera poder regresar el tiempo y estar comiendo tortillas con sal con mi pequeña hija, verla crecer, darle todo el amor y educarla humildemente como mis padres lo hicieron.

13 ~~Y con tan solo 18 de años~~

#B ibamos ~~hacer~~ papas de una hermosa bebita que llego para alegrarnos la vida ~~y darnos mucha felicidad~~ y yo no queria que mi niña sufriera lo mismo que yo que no contaba con los recursos suficientes para comprarle pañales, leche, mi ropa y con tan solo 18 años de edad ~~vacie mi mochila~~ tome mi mochila de la escuela vacie los libros y viaje para los estados ~~~~ unidos y llege al estado de arizona donde trabaje por 3 meses en una llantera y me tuve que regresar porque yo seguia estudiando y yo no queria perder mis estudios pero tampoco queria que mi hija sufriera entonces me desvolvi para mexico para conocer a mi hija por que no la conocia yo estaba muy feliz por tenermarla en mis brazos mirarla poderle dar su ropita lo que ella nesecitaba, estaba feliz porque podia mantener a mi hija, a mi esposa poder ayudar a mis padres y sobre todo seguir estudiando. Paso un año y un mes y mi pareja volvio a salir embarazada entonces si yo no ayaba que hacer me sentia desesperado y el poco dinero que ganaba en los trabajos que tenia no me iva alcanzar para mantener a mis dos hijos, mi esposa y seguir ayudando a mi familia entonces decidí volver a regresar a los estados unidos y volver a trabajar en la misma llantera que hacia un año atras abia trabajado pero desafortunadamente ya no corri con la misma suerte y ya no me dieron trabajo de nuevo yo no tenia donde dormir me toco dormir en la calle en las paradas de los autobuses hubo dias que no comi porque no tenia

15. Su señoria, estoy tan arrepentido y quiero pedirle perdón, le pido perdon por el daño que cause, le pido perdón a todo el País, a todos los oficiales y les pido misericordia. Si tan solo pudiera tener una oportunidad, o una oportunidad para poder estar con mi bebe, para poder cuidar a mi madre, apoyar a mi padre, para sacarlos adelante. Poder terminar mis estudios y lograr que algun dia esten orgullosos de mí, se lo pido su señoria por favor.

16. A Mi hija todos los dias pregunta por mi, pregunta si ya no la quiero o porque no eh ido a verla, mi esposa salita no sabe qe responder me parte el corazón inmensamente, mi madre de tanta preocupación que la rodea en estos instantes solo empeora la situación, quiero poder la oportunidad de cuidarla y amarla como se debe, me da mucho miedo no volver a verla, es un tema que todas las noches pasa por mi cabeza y me hace llorar, mi familia es lo mas sagrado que tengo.

17. Hasta hace poco estaba estudiando en la Universidad Autonoma de Sinaloa (UAS) la licenciatura de facultad de Derecho y ciencia Política, le prometo regresar a ella para cumplir el sueño que tengo de ser un Policia Federal de Caminos y asi poder mantener a mi bebe y a mi familia, solo una oportunidad de demostrarles que si se puede salir adelante a pesar de todo, con el amor de mi familia siempre conmigo.

16B ni un solo dolar para poder comprarme algo de comida al dia siguiente de que abia llegado con la misma ropa que yo traia con una playera mia me puse alimpiar carros en una tienda llamada Safeway. asi pase una semana limpiando carros asta que al fin abia logrado conseguir un trabajo de mesero en un restaurante de mariscos lo que mas me dolia y me preocupaba que ya lo poquito que ganaba no alcanzaba y aparte de eso yo estaba perdiendo mis estudios.

Yo segui trabajando en los mariscos asta que un dia se acerco una persona y me dijo que si me queria ganar ~~uas dia real soc~~ buen dinero ami lo primero que se me bino ami mente fueron mis hijos mis padres y sin pensar en las consecuen cometi el mas grande error de mi vida de tomar la decicion incorrecta y de hacer lo que nunca debi de aber echo, el recordar todo lo que abia sufrido todo lo que habia pasado yo no queria que mis niños lo pasaran y con la cantidad que me habia ganado en aquel momento pense que podia mantener amis hijos y seguir con mi estudio.

El peor día de mi vida fue el día en que me detubieron el día en que me esposaron el día que me divieron que estaba arrestado sin yo saber nada sin entender nada.

el día en que me privaron de mi libertad, que me alejaron de mis seres queridos, de mi familia hijos que ya no pude seguir con mis estudios ese a sido el peor día de mi vida.

ahora que estoi aqui encarcelado eh aprendido muchas cosas, el estar aqui es la escuela de la vida es una experiencia que nos manda dios para pensar bien las cosas antes de acerlas, de saber de que no le deslumbre el dinero en pensar en la familia antes de cometer ese gran error.

el estar aqui me teh puesto hacer ejercicios de que mi tiempo no se balda en bano de aprovecharlo leyendo libros, estudiando o jugando un deporte, leyendo la biblia aprender adibujar aprender hablar ingles hacer puras cosas de provecho.

El dar animos alas personas de hacerlas sentir bien apoyarla decirle que hay ser fuerte y salir adelante hacerlas sentir en familia por que eso somos aqui una familia y nos tenemos que apoyar unos a otros y recibir la atencion la ayuda los consejos que recibimos nosotros el dia que llegabamos y segui adelante dia a dia para estar bien y regresar pronto con nuestros seres queridos

15. Sin mas por agregar su señoria, quiero agradecerle mucho por el tiempo que dedico a leer mi carta, por el tiempo que dedico a mi caso. Nada mas me queda darle las gracias su señoria, muchas gracias, que Dios lo bendiga siempre.

Attm. Jesus Rodriguez